No. 98–7809.   MARTINEZ *v.* COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT.   Sup. Ct. Cal.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted limited to the following question: "Does a criminal defendant have a constitutional right to elect self-representation on direct appeal from a judgment of conviction?"

No. 98–927.   MOYLE *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 98–977.   AMERICAN BIBLE SOCIETY ET AL. *v.* RITCHIE, GUARDIAN OF THE ESTATE OF PETER.   C. A. 5th Cir.   Certiorari denied.

No. 98–992.   MOORE ET UX. *v.* ASHLAND CHEMICAL, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 98–993.   RYAN *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 98–1059.   NATIONAL ASSOCIATION FOR BIOMEDICAL RESEARCH *v.* ANIMAL LEGAL DEFENSE FUND, INC., ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 98–1066.   BATES *v.* ARKANSAS.   Ct. App. Ark.   Certiorari denied.

No. 98–1076.   PORTLAND 76 AUTO/TRUCK PLAZA, INC. *v.* UNION OIL COMPANY OF CALIFORNIA, DBA UNOCAL CORP., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 98–1131.   WARDER ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 1st Cir.   Certiorari denied.

No. 98–1155.   ELECTRIC ENGINEERING CO. *v.* CALPINE CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.